IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARION #2-SEAPORT TRUST U/A/D JUNE 21, 2002, | § § | |
|     Defendant Below, | § | No. 433, 2017 |
|     Appellant, | § | |
| | § | Court Below: |
|         v. | § | Chancery Court of the |
| | § | State of Delaware |
| TERRAMAR RETAIL CENTERS, | § | |
| LLC, | § | C.A. No. 12875-VCL |
|     Plaintiff Below, | § | |
|     Appellee. | § | |

Submitted: April 18, 2018
Decided: April 20, 2018

Before **VALIHURA, VAUGHN** and **TRAYNOR,** Justices.

## O R D E R

This 20th day of April 2018, the Court, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated August 18, 2017, and its Order Denying Defendant's Motion for Reargument dated September 19, 2017;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice